IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN A. ABRAMS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:12cv177-MHT |
| | ) | |
| THOMAS H. TUBERVILLE, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

In light of the amended complaint, it is ORDERED that the motion to dismiss (doc. no. 14) is denied with leave to renew.

DONE, this the 4th day of May, 2012.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE