IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOHN A. ABRAMS, et al.,        )
                               )
    Plaintiffs,                 )
                               )      CIVIL ACTION NO.
    v.                          )       3:12cv177-MHT
                               )
THOMAS H. TUBERVILLE,           )
et al.,                         )
                               )
    Defendants.                 )
```

## ORDER

It is ORDERED that the motion for partial stay (doc. no. 43) is denied.

DONE, this the 10th day of September, 2012.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE