IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JOHN A. ABRAMS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:12cv177-MHT |
| ) | (WO) |
| THOMAS H. TUBERVILLE, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for default judgment (Doc. No. 78), filed by plaintiffs John A. Abrams, Priscilla W. Abrams, Debra Clark, Baron J. Lowe, Melanie D. Lowe, Fredrick Glen Williams, Kristy A. Williams, and Flynn R. DuBose, Jr., is granted.

(2) Judgment is entered in favor of plaintiffs John A. Abrams, Priscilla W. Abrams, Debra Clark, Baron J.

Lowe, Melanie D. Lowe, Fredrick Glen Williams, Kristy A. Williams, and Flynn R. DuBose, Jr. and against defendants John David Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, LP, and TS Capital GP, LLC on all claims in the second amended complaint.

(3) The amount of damages to which the plaintiffs are entitled from said defendants will be decided at the time of trial on the remaining claims in this case, which is currently set for August 5, 2013.  Said defendants are to be present and may present evidence and subpoena any witnesses to testify.

(4) Magistrate Judge Susan Russ Walker is to arrange for the subpoenaing of any witnesses for said defendants for said proceedings.  Said defendants are to contact Magistrate Judge Walker if they want to subpoena any witnesses.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 7th day of May, 2013.**

                                            **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**