**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN A. ABRAMS, et al., | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-cv-00177-MHT-SRW |
| | ) | |
| THOMAS H. TUBERVILLE, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFFS' RESPONSE
IN OPPOSITION TO DEFENDANT THOMAS H. TUBERVILLE'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c), Plaintiffs respectfully submit the following evidentiary submissions in support of their contentions of fact in Plaintiffs' Opposition to Defendant Thomas H. Tuberville's Motion for Summary Judgment which is filed this same date:

| **Exhibit** | **Description** |
|---|---|
| 1 | Affidavit of Kim Lewis |
| 2 | Affidavit of Richard F. Calhoun, Jr. with Exhibits A-D |
| 3 | Affidavit of Timothy D. Hanners of AccessData Group LLC with Exhibit A |
| 4 | Cited Excerpts of the Tuberville Deposition and Exhibits |
| 5 | Advance Media, LLC 000001-000003 |
| 6 | July 2008 TS Capital Fund LP Agreement (ASC 00000519-ASC0000522) |
| 7 | February 2011 TS Capital Fund Private Offering Agreement (ASC 00000523-ASC 00000553) |
| 8 | Certified Hedgco Documents |

| 9  | Kesten Letter (ASC 00000276-00000280) |
|----|----------------------------------------|
| 10 | B&M Lowe TSC Reports (Plaintiffs 00000889-00000893) |
| 11 | Certified BMW Records |
| 12 | Certified Scott Watkins Documents |
| 13 | Interactive Brokers – SCF 2649 |
| 14 | Interactive Brokers – TSCF 4626 |
| 15 | Interactive Brokers – TSCF 5816 |
| 16 | Interactive Brokers – TSCF 7465 |
| 17 | MFGlobal – SCF 3159 |
| 18 | MFGlobal – TSCF 3246 |
| 19 | MFGlobal – TSCF 3292 |
| 20 | Regions – A&D Stroud 1145 |
| 21 | Regions – SCF 7641 |
| 22 | Regions TSCF 8961 |
| 23 | Regions – TSCM 8354 |
| 24 | TB&T – SDG 5617 |
| 25 | TB&T – Stroud 2720 |
| 26 | Cited Excerpts of Broach Deposition and Exhibits |
| 27 | Cited Excerpts of Clark Deposition and Exhibits |
| 28 | Cited Excerpts of DuBose Deposition and Exhibits |
| 29 | Cited Excerpts of G. Williams Deposition and Exhibits |
| 30 | Cited Excerpts of J. Abrams Deposition and Exhibits |
| 31 | Cited Excerpts of K. Williams Deposition and Exhibits |

| | |
|---|---|
| 32 | Cited Excerpts of B. Lowe Deposition and Exhibits |
| 33 | Cited Excerpts of M. Lowe Deposition and Exhibits |
| 34 | Tuberville Discovery Responses |
| 35 | Wachovia – SCF 5446 |
| 36 | Wachovia – SCM 5381 |
| 37 | Wachovia – SCM 5394 |
| 38 | Wachovia – SCM 5481 |
| 39 | Wachovia – SCM 5494 |
| 40 | Wachovia – Stroud 7047 |
| 41 | Wachovia – TSCGP LLC 5572 |
| 42 | Regions – 9442 CC TSC Partners 000001 – Tuberville Credit Card Report |
| 43 | Cited Excerpts of P. Abrams Deposition and Exhibits |
| 44 | Cited Excerpts of Joseph Patrick Deposition and Exhibits |
| 45 | Cited Excerpts of Walter Beale Deposition and Exhibits |
| 46 | Regions – TS Capital Partners, LLC 6744 ***** Filed under seal due to redaction impossibility by deposit in after hours filing box. Service copies mailed. |
| 47 | Cited Excerpts of Stuart Memory Deposition and Exhibits |

Respectfully submitted this 28th day of May, 2013.

/s/ Barbara J. Wells
HENRY H. HUTCHINSON (HUT007)
ROBERT T. MEADOWS, III (MEA012)
BARBARA J. WELLS (GIL037)

*Attorneys for Plaintiffs*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: hh@chlaw.com
Email: rtm@chlaw.com
Email: bjw@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Via email to counsel for Thomas H. Tuberville at the following addresses:
vhayslip@burr.com
rrutherford@burr.com
ddolive@burr.com
benjamin.coulter@burr.com

Via email to counsel for Charles Goldberg at:
bsewell@lightfootlaw.com

Via email to David Stroud at: stroudcapital@me.com

I further certify that on the 28th day of May, 2013, I have provided the foregoing to the other parties in this suit by email and U.S. Mail to the persons listed below:

**John David Stroud**
(as an individual defendant and on behalf of the following other Defendants: TS Capital Fund, L.P., TS Capital GP, LLC, TS Capital Management, LLC, TS Capital Partners, and TS Capital Partners, LLC) at:

Post Office Box 287
Uriah, AL 36480

/s/ Barbara J. Wells
OF COUNSEL