IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN A. ABRAMS, et al., | ) |
| PLAINTIFFS, | ) |
| v. | ) CASE NO. 3:12-cv-00177-MHT-SRW |
| THOMAS H. TUBERVILLE, et al., | ) |
| DEFENDANTS. | ) |

## AFFIDAVIT OF RICHARD F. CALHOUN, JR., ESQ.

**BEFORE ME**, the undersigned authority, personally appeared Richard F. Calhoun, Jr., Esq., who, after being first duly sworn, stated as follows:

1. My name is Richard F. Calhoun, Jr., Esq., I am over 19 years of age and have personal knowledge of the facts stated in this Affidavit.

2. I reside in Montgomery County, Alabama.

3. I am a shareholder with the law firm of Capell & Howard, P.C. and concentrate my law practice in the areas of corporate and business law, taxation, and public finance.

4. My background includes a B.S. in Finance from the University of Alabama in 1999, a *juris doctorate* from the University of Alabama School of Law in 2007. Prior to attending law school, I worked in banking for five years.

5. In January 2012, I conducted an online internet search of the public records of the Delaware Secretary of State, Division of Corporations – Online Services for the name "TS Capital Partners, LLC". According to their records, no limited liability company by that name had been organized in the State of Delaware. Attached as Exhibit A is the Delaware Secretary of State Online Services Search Result.

1

6. In January 2012, I conducted an online internet search of the public records of the Alabama Secretary of State, Government Records, Business Entity (accessible at http://arc-sos.state.al.us) for the name "TS Capital Partners, LLC". According to their records, no limited liability company by that name had been organized or qualified to do business in the State of Alabama.

7. In January 2012, I conducted an online internet search of the public records of the Delaware Secretary of State, Division of Corporations – Online Services for the names "TS Capital Fund, L.P., TS Capital GP, LLC, and TS Capital Management Partners, LLC." I located public records relating to the formation of each. Attached as Exhibit B are the following: Certificate of Limited Partnership for "TS Capital Fund, L.P.", formed on June 17, 2010; and Certificates of Formation for "TS Capital GP, LLC", formed on June 17, 2010 and "TS Capital Management, LLC", formed on June 17, 2010. All Certificates were issued by the Delaware Secretary of State.

8. In January 2012, I conducted an online internet search of the public records of the Delaware Secretary of State, Division of Corporations – Online Services for the names "Stroud Capital Fund, L.P., Stroud Capital GP, LLC, and Stroud Capital Management, LLC." I located public records relating to the formation of each. Attached as Exhibit C are the following: Certificate of Limited Partnership for "Stroud Capital Fund, L.P.", formed on July 7, 2008; and Certificates of Formation for "Stroud Capital GP, LLC", formed on July 7, 2008 and "Stroud Capital Management, LLC", formed on June 10, 2008. All Certificates were issued by the Delaware Secretary of State.

9. The records of the Delaware Secretary of State reflect that the registration status for each of the Stroud Entities to transact business in the State of Delaware have been cancelled-

Calhoun Affidavit 000002

voided and/or forfeited-resigned for failure to pay taxes due. Attached as Exhibit D are the following: Delaware Secretary of State Corporate Entity Details Report for "Stroud Capital Fund, L.P.", showing status cancelled-voided on June 1, 2011 for non-payment of outstanding taxes in the amount of $1,457.00; Delaware Secretary of State Corporate Entity Details Report for "Stroud Capital GP, LLC", showing status cancelled-voided on June 1, 2011 for non-payment of outstanding taxes in the amount of $1,457.00, and Delaware Secretary of State Corporate Entity Details Report for "Stroud Capital Management, LLC", showing status forfeited-resigned on January 14, 2011 for non-payment of outstanding taxes in the amount of $2,438.00.

10.  On or about September 2012, a Non-Party Subpoena was served on the Alabama Securities Commission ("ASC") seeking, "All documents and electronically stored information seized or otherwise obtained from John David Stroud, TS Capital Management, LLC, TS Capital Fund, L.P., TS Capital GP, LLC, TS Capital Partners, TS Capital Partners, LLC, Stroud Capital Fund, L.P., Stroud Capital Management, LLC, Stroud Capital GP, LLC, Thomas Tuberville, John A. Abrams, Priscilla W. Abrams, Debra Clark, Baron J. Lowe, Melanie D. Lowe, Fredrick Glen Williams, Kristy A. Williams, or Flynn R. DuBose, Jr. which relate in any way to John David Stroud, TS Capital Management, LLC, TS Capital Fund, L.P., TS Capital GP, LLC, TS Capital Partners, TS Capital Partners, LLC, Stroud Capital Fund, L.P., Stroud Capital Management, LLC, Stroud Capital GP, LLC, Thomas Tuberville, John A. Abrams, Priscilla W. Abrams, Debra Clark, Baron J. Lowe, Melanie D. Lowe, Fredrick Glen Williams, Kristy A. Williams, or Flynn R. DuBose, Jr." As a result, the ASC provided Capell & Howard, P.C. with a cloned image of the computer hard drives seized from the offices of TS Capital, and copies of several boxes of documents also seized from the offices of TS Capital.

Calhoun Affidavit 000003

11. On or about May 10, 2013 the same cloned image of the seized TS Capital computer hard drives was sent to AccessData in Houston, Texas for forensic analysis.

12. I reviewed the boxes of documents produced by the ASC in response to the subpoena described in ¶ 10. All such documents used in the evidentiary record are marked with an "ASC" Bates number for identification.

FURTHER AFFIANT SAYETH NOT.

_____
Richard F. Calhoun, Jr., Esq.


STATE OF ALABAMA )
)
COUNTY OF MONTGOMERY )

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that **Richard F. Calhoun, Jr., Esq.**, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal of office this the 27th day of May, 2013.

_____
NOTARY PUBLIC

My Commission Expires: ____

ANN MARIE KAUFMANN
Notary Public, Alabama State at Large
My Commission Expires April 17, 2017

4

Calhoun Affidavit 000004

**AFFIDAVIT OF RICHARD F. CALHOUN, JR., ESQ.**

# EXHIBIT A

Calhoun Affidavit 000005

Delaware.gov | Text Only     Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

[Frequently Asked Questions](#)

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

If you would like to order a Certificate of Status, Certified Copy of a filed document or a Plain Copy of same, please contact a Delaware online agent. Please [click here](#).

For more information please read the [Frequently Asked Questions](#) page.

| General Information Name Search |
|---|

**No matches found. Please try a new search.**

\* Entity Name: `TS CAPITAL PARTNERS, LLC` or File Number: `_____`

This field is not case sensitive.

[ Search ]

https://delecorp.delaware.gov/tin/controller

Calhoun Affidavit 000006

**AFFIDAVIT OF RICHARD F. CALHOUN, JR., ESQ.**

# EXHIBIT B

Calhoun Affidavit 000007

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 04:11 PM 06/17/2010*
*FILED 04:11 PM 06/17/2010*
*SRV 100667785 - 4837979 FILE*

# STATE OF DELAWARE
## CERTIFICATE OF LIMITED PARTNERSHIP

The Undersigned, desiring to form a limited partnership pursuant to the Delaware Revised Uniform Limited Partnership Act, 6 Delaware Code, Chapter 17, do hereby certify as follows:

* First: The name of the limited partnership is "TS Capital Fund, L.P.".

* Second: The address of its registered office in the State of Delaware is 108 West 13th Street in the city of Wilmington, DE 19801. The name of the Registered Agent at such address is Business Filings Incorporated.

* Third: The name and mailing address of each general partner is as follows:

> TS Capital Management, LLC
> Attn: David Stroud
> 114 W. 47th St. Suite 1725
> New York, NY 10036

**In Witness Whereof**, the undersigned has executed this Certificate of Limited Partnership as of June 17th 2010.

By: TS Capital Management, LLC
General Partner, TS Capital Fund, L.P.

By: /s/ David Stroud
Managing Director, TS Capital Management, LLC

Name: David Stroud
(Type or print name)

**Plaintiffs 00001690**

**Calhoun Affidavit 000008**

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:11 PM 06/17/2010
FILED 04:11 PM 06/17/2010
SRV 100667765 - 4837970 FILE

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

- **First:** The name of the limited liability company is: "TS Capital GP, LLC".

- **Second:** The address of its registered office in the State of Delaware is 108 West 13th Street in the city of Wilmington, DE 19801. The name of the Registered Agent at such address is Business Filings Incorporated.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 17th day of June, 2010.

By: /s/ David Stroud
    Managing Director, TS Capital Management, LLC

Name: <u>David Stroud</u>
    Typed or Printed

Plaintiffs 00001693

Calhoun Affidavit 000009

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:11 PM 06/17/2010
FILED 04:11 PM 06/17/2010
SRV 100667779 - 4837975 FILE

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

• **First:** The name of the limited liability company is: "TS Capital Management, LLC".

• **Second:** The address of its registered office in the State of Delaware is 108 West 13th Street in the city of Wilmington, DE 19801. The name of the Registered Agent at such address is Business Filings Incorporated.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 17th day of June, 2010.

By: /s/ David Stroud
     Managing Director, TS Capital Management, LLC

Name: David Stroud
     Typed or Printed

**Plaintiffs 00001696**

**Calhoun Affidavit 000010**

**AFFIDAVIT OF RICHARD F. CALHOUN, JR., ESQ.**

# EXHIBIT C

Calhoun Affidavit 000011

# CERTIFICATE OF LIMITED PARTNERSHIP
# OF
# STROUD CAPITAL FUND, L.P.

This Certificate of Limited Partnership of Stroud Capital Fund, L.P. (the "Partnership") is being executed by the undersigned for the purpose of forming a limited partnership pursuant to the Delaware Revised Uniform Limited Partnership Act.

1. The name of the Partnership is **Stroud Capital Fund, L.P.**

2. The Partnership's registered agent and registered office in the State of Delaware are Corporation Service Company, located at 2711 Centerville Road, Suite 400, City of Wilmington, County of New Castle.

3. The name and business address of the general partner is as follows:

   Stroud Capital GP, LLC
   Two World Financial Center
   New York, NY 10281

IN WITNESS WHEREOF, the undersigned, general partner of the Partnership, has caused this Certificate of Limited Partnership to be duly executed as of the 7th day of July, 2008.

GENERAL PARTNER:
Stroud Capital GP, LLC

By: /s/ Cindy Caldwell
   Cindy Caldwell
   Authorized Person

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 03:44 PM 07/07/2008*
*FILED 03:40 PM 07/07/2008*
*SRV 080761220 - 4571520 FILE*
Exhibit 25 p. 1

4373962v.1

Calhoun Affidavit 000012

# CERTIFICATE OF FORMATION

## OF

## STROUD CAPITAL GP, LLC

The undersigned, an authorized natural person, for the purpose of forming a limited liability company, under the provisions and subject to the requirements of the State of Delaware (particularly Chapter 18, Title 6 of the Delaware Code and the acts amendatory thereof and supplemental thereto, and known, identified, and referred to as the "Delaware Limited Liability Company Act"), hereby certifies that:

**FIRST:** The name of the limited liability company (hereinafter called the "limited liability company") is **Stroud Capital GP, LLC**.

**SECOND:** The address of the registered office and the name of the registered agent of the Company required to be maintained in the State of Delaware are Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

**THIRD:** There is no set date on which the limited liability company is to dissolve.

Dated: July 7, 2008.

/s/ Cindy Caldwell
Cindy Caldwell
Authorized Person

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 03:44 PM 07/07/2008*
*FILED 03:39 PM 07/07/2008*
*SRV 080761214 - 4571519 FILE*

437399|v.1

Exhibit 26 p. 1

Calhoun Affidavit 000013

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:56 PM 06/10/2008
FILED 01:45 PM 06/10/2008
SRV 080678662 - 4559399 FILE

# CERTIFICATE OF FORMATION

## OF

## STROUD CAPITAL MANAGEMENT, LLC

The undersigned, an authorized natural person, for the purpose of forming a limited liability company pursuant to the requirements of Delaware Limited Liability Company Act, Title 6, Sections 18-101 et seq., hereby certifies that:

1. The name of the limited liability company is Stroud Capital Management, LLC (hereinafter "the Company").

2. The Company's registered office in the State of Delaware is located at 615 South DuPont Highway, County of Kent, Dover, Delaware 19901. The registered agent of the Company for service of process is National Corporate Research, Ltd.

3. There is no set date on which the Company will dissolve.

Executed as of June 10, 2008

/s/ Nyisha Shakur
Nyisha Shakur, Authorized Person

Calhoun Affidavit 000014

<u>**AFFIDAVIT OF RICHARD F. CALHOUN, JR., ESQ.**</u>

# EXHIBIT D

Calhoun Affidavit 000015

Frequently Asked Questions    View Search Results    Summary of Charges    Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4571520 | Incorporation Date / Formation Date: | 07/07/2008 (mm/dd/yyyy) |
| Entity Name: | STROUD CAPITAL FUND, L.P. | | |
| Entity Kind: | LIMITED PARTNERSHIP (LP) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | **CANCELLED-VOIDED** | Status Date: | **06/01/2011** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **NO REPORTS ON FILE** | Tax Due: | **$ 1,457.00** |
| Annual Tax Assessment: | $ 0.00 | Total Authorized Shares: | 0 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0102L | Register L.P. | 1 | 07/07/2008 | 15:40 | 07/07/2008 |

[Back to Entity Search]

To contact a Delaware Online Agent click here.

Calhoun Affidavit 000016

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4571519 | Incorporation Date / Formation Date: | 07/07/2008 (mm/dd/yyyy) |
| Entity Name: | STROUD CAPITAL GP, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | CANCELLED-VOIDED | Status Date: | 06/01/2011 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | NO REPORTS ON FILE | Tax Due: | $ 1,457.00 |
| Annual Tax Assessment: | $ 0.00 | Total Authorized Shares: | 0 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0102Y | Register L.L.C. | 1 | 07/07/2008 | 15:39 | 07/07/2008 |

Back to Entity Search

To contact a Delaware Online Agent click here.

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4559399 | Incorporation Date / Formation Date: | 06/10/2008 (mm/dd/yyyy) |
| Entity Name: | STROUD CAPITAL MANAGEMENT, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | FORFEITED-RESIGNED | Status Date: | 01/14/2011 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | NO REPORTS ON FILE | Tax Due: | $ 2,438.00 |
| Annual Tax Assessment: | $ 250.00 | Total Authorized Shares: | 0 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | RESIGNED AGENT ACCOUNT | | |
| Address: | | | |
| City: | | County: | |
| State: | | Postal Code: | |
| Phone: | | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0136 | Agent Resignation w/o Apt | 1 | 12/15/2010 | 07:50 | 12/15/2010 |
| 2 | 0102Y | Register L.L.C. | 1 | 06/10/2008 | 13:45 | 06/10/2008 |

[Back to Entity Search]

To contact a Delaware Online Agent click here.