```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN A. ABRAMS, et al.,       )
                              )
    Plaintiffs,               )
                              )      CIVIL ACTION NO.
    v.                        )        2:12cv177-MHT
                              )            (WO)
THOMAS H. TUBERVILLE,         )
et al.,                       )
                              )
    Defendants.               )
```

ORDER

Base on the representations made on the record on July 3, 2013, it is ORDERED that the pretrial is reset for September 6, 2013, at 10:00 a.m. in Montgomery Alabama, and that the jury selection and trial are reset for October 15, 2013, at 10:00 a.m. in Montgomery Alabama, with all deadlines expressly tied to these two dates adjusted accordingly.  The parties are to set aside October 15 through October 25 for the trial of this case.  The court recognizes that counsel for defendant Thomas H. Tuberville may have another case that conflicts with the October 15 date.  Should this conflict remain (for cases

more often than not settle), the court will take up the conflict at the pretrial hearing.

DONE, this the 8th day of July, 2013.

                                   /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE