IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
JOHN A. ABRAMS, et al.,        )
                               )
     Plaintiffs,               )
                               )
v.                             )   CASE NO.: 2:12-cv-177-MHT
                               )              (WO)
THOMAS H. TUBERVILLE, et al.,  )
                               )
     Defendants.               )
                               )
```

### PARTIAL JUDGMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 54(b)

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (ECF No. 185) filed on October 2, 2013, it is

ORDERED and ADJUDGED that the claims in Counts 3, 4, 5, 7, 12, 15, 16, 17 of the Second Amended Complaint and the wantonness or wanton supervision claims in Counts 13 and 14 of the Second Amended Complaint *against Thomas H. Tuberville* ("Tuberville") *only* are DISMISSED with prejudice, each party to bear his or her own costs and expenses.

Nothing in this Partial Judgment Pursuant to Federal Rule of Civil Procedure 54(b) is intended to affect any claims Plaintiffs have against any Defendant other than Tuberville or

1

any claims against Tuberville *not* listed above (Counts 1, 2, 6, 8, 9, 10, and parts of Counts 13 and 14).

DONE this the 3rd day of October, 2013.

 /s/ Myron H. Thompson___  _
UNITED STATES DISTRICT JUDGE