IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN A. ABRAMS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:12cv177-MHT |
| | ) | |
| THOMAS H. TUBERVILLE, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that defendant Thomas H. Tuberville's motion for summary judgment (doc. no. 101) is denied. An opinion will follow shortly.

DONE, this the 7th day of October, 2013.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE