IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN A. ABRAMS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:12cv177-MHT |
| ) | (WO) |
| THOMAS H. TUBERVILLE, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

## JUDGMENT

The court having been informed that this cause is now settled as to defendant Thomas H. Tuberville, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Thomas H. Tuberville and all claims, to the extent they are against defendant Tuberville, are dismissed with prejudice, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and the claims reinstated or the

settlement enforced, should the settlement not be consummated.  Defendant Tuberville is terminated as a party subject to these conditions.  This judgment does not affect the claims against the defaulting defendants.

It is further ORDERED that all outstanding motions as to defendant Tuberville are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 8th day of October, 2013.

    /s/ Myron H. Thompson  
  UNITED STATES DISTRICT JUDGE