IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN A. ABRAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv177-MHT |
| | ) | (WO) |
| JOHN DAVID STROUD, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, AND DECREE of the court that judgment is entered as follows:

(1) Judgment is entered in favor of plaintiff John A. Abrams and against defendants John David Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC in the amount of $ 610,950.34 for compensatory damages, interest of $ 191,717.38 through October 30, 2013, and additional interest at the rate $ 100.43 per day from October 30, 2013 to the date of this judgment.

(2) Judgment is entered in favor of plaintiff Priscilla W. Abrams and against defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC in the amount of $ 10,778.95 for compensatory damages, interest of $ 2,911.20 through October 30, 2013, and additional interest at the rate $ 1.77 per day from October 30, 2013 to the date of this judgment.

(3) Judgment is entered in favor of plaintiff Debra Clark and against defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC in the amount of $ 284,450.36 for compensatory damages, interest of $ 53,857.84 through October 30, 2013, and additional interest at the rate $ 46.76 per day from October 30, 2013 to the date of this judgment.

(4) Judgment is entered in favor of plaintiff Baron J. Lowe and against defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital

2

Management, LLC, TS Capital Fund, L.P., and TS Capital
GP, LLC in the amount of $ 259,419.86 for compensatory
damages, interest of $ 44,622.62 through October 30,
2013, and additional interest at the rate $ 44.29 per day
from October 15, 2013 to the date of this judgment.

(5) Judgment is entered in favor of plaintiff Melanie
D. Lowe and against defendants Stroud, TS Capital
Partners, TS Capital Partners, LLC, TS Capital
Management, LLC, TS Capital Fund, L.P., and TS Capital
GP, LLC in the amount of $ 20,158.25 for compensatory
damages, interest of $ 3,114.86 through October 30, 2013,
and additional interest at the rate $ 3.31 per day from
October 30, 2013 to the date of this judgment.

(6) Judgment is entered in favor of plaintiffs Baron
J. Lowe and Melanie D. Lowe, as joint tenants, and
against defendants Stroud, TS Capital Partners, TS
Capital Partners, LLC, TS Capital Management, LLC, TS
Capital Fund, L.P., and TS Capital GP, LLC in the amount
of $ 174,501.88 for compensatory damages, interest of $

27,939.42 through October 30, 2013, and additional interest at the rate $ 28.69 per day from October 30, 2013 to the date of this judgment.

(7) Judgment is entered in favor of plaintiff Baron J. Lowe, as custodian of funds held for the benefit of his minor children, and against defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC in the amount of $ 68,078.41 for compensatory damages, interest of $ 10,116.64 through October 30, 2013, and additional interest at the rate $ 11.19 per day from October 30, 2013 to the date of this judgment.

(8) Judgment is entered in favor of plaintiff Fredrick Glen Williams and against defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC in the amount of $ 120,005.32 for compensatory damages, interest of $ 21,940.98 through October 30,

2013, and additional interest at the rate $ 19.73 per day from October 30, 2013 to the date of this judgment.

(9) Judgment is entered in favor of plaintiff Kristy A. Williams and against defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC in the amount of $ 18,921.03 for compensatory damages, interest of $ 3,688.82 through October 30, 2013, and additional interest at the rate $ 3.11 per day from October 30, 2013 to the date of this judgment.

(10) Judgment is entered in favor of plaintiff Flynn R. Dubose, Jr., and against defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC in the amount of $ 260,000 for compensatory damages, interest of $ 65,988.49 through October 30, 2013, and additional interest at the rate $ 42.74 per day from October 30, 2013 to the date of this judgment.

5

(11) Judgment is entered in favor of plaintiffs John A. Abrams, Priscilla W. Abrams, Debra Clark, Baron J. Lowe, Melanie D. Lowe, Fredrick Glen Williams, Kristy A. Williams, and Flynn R. Dubose, Jr. against defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC in the amount of $ 5,481,792.18 for punitive damages.

(12) Plaintiffs John A. Abrams, Priscilla W. Abrams, Debra Clark, Baron J. Lowe, Melanie D. Lowe, Fredrick Glen Williams, Kristy A. Williams, and Flynn R. Dubose, Jr. shall have and recover from defendants Stroud, TS Capital Partners, TS Capital Partners, LLC, TS Capital Management, LLC, TS Capital Fund, L.P., and TS Capital GP, LLC the following: attorney's fees totaling $ 67,908.61 and taxable costs upon a proper application.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 12th day of December, 2013.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE