IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN A. ABRAMS, et al.,      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:12cv177-MHT
                             )           (WO)
JOHN DAVID STROUD,           )
et al.,                      )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that the judgment (doc. no. 221) is amended to reflect that this case is closed.

DONE, this the 12th day of December, 2013.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE